# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 6:25-mj-156 |
| Nicolas James Roderick, ) ) ) ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 7, 2024  in the county of  Lane  in the _____ District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute cocaine, a Schedule II controlled substance |

This criminal complaint is based on these facts:

See attached affidavit which is incorporated herein.

☑ Continued on the attached sheet.

/s/ Peter Ardissono, via Telephone
*Complainant's signature*

Peter Ardissono, Special Agent DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 12:58 p.m. .m./p.m.

Date: June 11, 2025

*Andrew Hallman*
*Judge's signature*

City and state:  Eugene, Oregon      Andrew D. Hallman, U.S. Magistrate Judge
*Printed name and title*